# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT TAYLOR, et al., | Case No. 1:18-cv-00760-DAD-BAM |
| Plaintiffs, | ORDER ON APPLICATIONS TO PROCEED WITHOUT PREPAYMENT OF FEES |
| v. | (Docs. 2, 3) |
| COUNTY OF CALAVERAS, et al., | |
| Defendants. | |

Plaintiffs Michael Scott Taylor and Lori Melville, proceeding with counsel, filed individual applications to proceed in forma pauperis in this action. (Docs. 2, 3.) Having considered the applications to proceed without prepayment of fees under 28 U.S.C. § 1915, and the complaint having been filed in this action, IT IS ORDERED that the applications are GRANTED.

IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon defendant(s) as directed by the plaintiffs. All costs of service shall be advanced by the United States.

IT IS SO ORDERED.

Dated: __June 13, 2018__          ___/s/ Barbara A. McAuliffe___
                                                UNITED STATES MAGISTRATE JUDGE