**JAMES R. DONAHUE, SBN 105106**
**MICHAEL E. MYERS, SBN 99451**
**STEPHEN J. MACKEY, SBN 131203**
**DONAHUE · DAVIES LLP**
**Post Office Box 277010**
**Sacramento, CA 95827-7010**
**Telephone: (916) 817-2900**
**Facsimile: (916) 817-2644**

**Attorneys for Defendants**
**BRIAN DAVID LOPEZ and**
**RHONDA LEE LOPEZ**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT TAYLOR, LORI MELVILLE,<br><br>  Plaintiffs,<br><br>vs.<br><br>COUNTY OF CALAVERAS, a municipal corporation; Calaveras County Sheriff RICK DIBASILIO, individually and in his official capacity; Calaveras County Sheriff's Department deputies GEOFFREY RAMOS (Badge #0368), TALYAANN MATTOS (Badge #0370), KEVIN STEVENS (Badge #0242), , individually and in their official capacities; BRIAN DAVID LOPEZ, RHONDA LEE LOPEZ, and DOES 1 through 50, jointly and severally,<br><br>  Defendants. | Case No. 1:18-CV-00760-BAM<br><br>**STIPULATION AND ORDER**<br><br>**Complaint Filed:** June 4, 2018 |

　　　　Plaintiffs Michael Scott Taylor and Lori Melville, and Defendants, Brian David Lopez and Rhonda Lee Lopez, by and through their respective undersigned counsel, hereby stipulate as follows:

　　　　1.　　Plaintiffs Michael Scott Taylor and Lori Melville agree to withdraw all claims against Defendants Brian David Lopez and Rhonda Lee Lopez, only, except the claims set forth in the claim/cause of action for "42 USC section 1983 "Civil Rights Violations" and related claims for relief; and

2. Defendants Brian David Lopez and Rhonda Lee Lopez may file and serve a Second Amended Answer to Plaintiffs' Complaint, withdrawing without prejudice certain affirmative defenses.

Respectfully submitted,

Dated: _____, 2019          LAW OFFICES OF PANOS LAGOS

                              /s/Panos Lagos
                              Panos Lagos, Esq.
                              Attorneys for Plaintiffs,
                              MICHAEL SCOTT TAYLOR,
                              LORI MELVILLE

Dated: _____ , 2019           DONAHUE DAVIES LP

                              /s/Stephen J. Mackey
                              JAMES R. DONAHUE
                              MICHAEL E. MYERS
                              STEPHEN J. MACKEY
                              Attorneys for Defendants
                              Brian David Lopez and Rhonda Lee Lopez

**ORDER**

Pursuant to the parties' stipulation filed on April 7, 2019, IT IS HEREBY ORDERED as follows:

1. All claims against Defendants Brian David Lopez and Rhonda Lee Lopez have been withdrawn, except the claims set forth in the claim/cause of action for "42 USC section 1983 "Civil Rights Violations" and related claims for relief; and

2. Within seven (7) days of the date of this order, Defendants Brian David Lopez and Rhonda Lee Lopez may file and serve a Second Amended Answer to Plaintiffs' Complaint, withdrawing without prejudice certain affirmative defenses.

IT IS SO ORDERED.

Dated:   **April 19, 2019**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE