UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT TAYLOR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF CALAVERAS, et al., <br><br> Defendants. | Case No. 1:18-cv-00760-BAM <br><br> ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER PERMITTING FILING MOTION FOR PARTIAL SUMMARY JUDGMENT IN EXCESS OF 25 PAGES <br><br> (Doc. No. 82) |

Currently before the Court is Plaintiffs Michael Scott Taylor and Lori Melville's ("Plaintiffs") ex parte application for leave to file a brief in support of their motion for partial summary judgment in excess of twenty-five (25) pages. (Doc. No. 82.)

This action arises out of a June 24, 2017 contact between three Calaveras County Sheriff's Department deputies and Plaintiffs following Plaintiffs' neighbors call for service of a gunshot too close to the neighbor's dwelling. (*See* Doc. No. 82 at 1.) In support of the application, counsel for Plaintiffs filed a declaration explaining that Plaintiffs have prepared a motion for partial summary judgment regarding alleged violations of Plaintiff Michael Scott Taylor's First and Fourth Amendment rights and Plaintiff Lori Melville's Fourth Amendment rights during the June 24, 2017 contact as well as state law claims for false arrest/false imprisonment and violation of the Bane Act. (*Id.* at 2.) As part of the motion, Plaintiffs address issues regarding their home's curtilage, the legality of entry upon Plaintiffs' property, exigency, emergency, consent, "knock and talk" exceptions to the warrant requirement, probable cause for Mr. Taylor's arrest, and qualified immunity, among other topics. (*Id.*) Plaintiffs represent that their statement of undisputed material facts includes one hundred and thirty-six (136) facts and the motion presently totals thirty-five (35) pages. (*Id.*)

Plaintiffs request leave to file a brief not to exceed thirty-five pages in support of their motion for partial summary judgment. (Doc. No. 83 at 3.) According to the application, Defendants' counsel has indicated that he has no opposition to the request. (*Id.* at 3.)

Having considered Plaintiffs' request, and in light of the representation that Defendants do not oppose the application, the Court will grant Plaintiffs leave to file a brief in excess of thirty-five pages. The brief shall contain a detailed table of contents. However, Plaintiffs are reminded of their obligation to meet and confer with Defendants prior to filing their motion in order to, among other things, narrow the issues for review by the Court and arrive at a joint statement of undisputed facts. (*See* Doc. No. 32 at 3-4.)

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiffs' ex parte application (Doc. No. 82) seeking leave to file a brief in support of their motion for partial summary judgment in excess of twenty-five (25) pages is GRANTED; and

2. Plaintiffs' brief in support of their motion for partial summary judgment shall not exceed thirty-five (35) pages.

IT IS SO ORDERED.

Dated:   **July 16, 2020**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE