UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT TAYLOR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF CALAVERAS, et al.,<br><br>Defendants. | Case No.  1:18-cv-00760-BAM<br><br>ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER PERMITTING SUPPLEMENTAL BRIEFING IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>(Doc. No. 109) |

Currently before the Court is Plaintiffs' ex parte application for an order permitting supplemental briefing in support of Plaintiffs' motion for partial summary judgment. (Doc. No. 109.) By the request, Plaintiffs Michael Scott Taylor and Lori Melville ask the Court to permit their submission of additional argument on the issues raised in Plaintiffs' Motion for Partial Summary Judgment in order to complete Plaintiffs' legal and factual presentation and to assist the Court's decision. (*Id.* at 2.) Plaintiffs assert that the submission will consist of a letter brief, not to exceed five pages, supplementing counsel's closing remarks and arguments from the hearing held on September 18, 2020. (*Id.*) Plaintiffs report that defense counsel is neutral regarding the instant request. (*Id.*)

To date, the parties have submitted extensive briefing in this action, including Plaintiffs' expanded points and authorities in support of their motion for partial summary judgment, Defendants' opposition to that motion, Defendants' separate motion for summary judgment, and hundreds of pages exhibits.  The Court has spent a vast amount of time reading the parties' submissions and believes it understands the parties' positions.  Nonetheless, in the interest of justice and to ensure a complete record, Plaintiffs' ex parte application to file supplemental

briefing is HEREBY GRANTED.  No later than **October 2, 2020**, Plaintiffs may file a supplemental brief, <u>in pleading format and not to exceed five (5) pages</u>, in support of their motion for partial summary judgment.  No later than **October 16, 2020**, Defendants may file a response, also in pleading format and not to exceed (5) pages, in opposition to Plaintiffs' supplemental brief.

IT IS SO ORDERED.

Dated: **September 25, 2020**         /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE