# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT TAYLOR, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF CALAVERAS, et al.,<br><br>  Defendants. | Case No.  1:18-cv-00760-BAM<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS<br><br>(ECF No. 128) |

The Court conducted a settlement conference in this action before the undersigned on April 9, 2021, at which the parties reached a settlement agreement.  (ECF No. 128.)

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:   **April 9, 2021**

UNITED STATES MAGISTRATE JUDGE

1