# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT TAYLOR, et al., | Case No. 1:18-cv-00760-BAM |
| Plaintiffs, | ORDER DENYING PLAINTIFFS' REQUEST VIA MAY 14, 2021 LETTER TO ALTER SETTLEMENT AGREEMENT |
| v. | |
| COUNTY OF CALAVERAS, et al., | |
| Defendants. | |

The Court conducted a settlement conference in this action before the undersigned on April 9, 2021, at which the parties reached a settlement agreement. (ECF No. 128.) The Court ordered the parties to file dispositional documents within thirty (30) days. (ECF No. 129.) On May 14, 2021, after the expiration of the deadline to file dispositional documents, Plaintiffs presented the undersigned with a letter requesting the Court to incorporate additional terms into the settlement agreement that were not presented at the settlement conference, and which are not agreed to by the involved parties. The May 14, 2021 letter was not filed on the public docket, however, counsel for Defendants were included on the email and provided the letter. On May 17, 2021, counsel for Defendants presented the undersigned with a letter indicating Defendants oppose Plaintiffs' request because the requested additional terms were not agreed to, the terms of settlement were clear, and Defendants have complied with the terms of the settlement agreement that they agreed to. The May 17, 2021 letter was also not filed on the public docket, though Plaintiffs' counsel was copied on the email and provided the letter.

The Court has reviewed the parties' respective letters, and the relevant portion of the April 9, 2021 transcript where the parties agreed on the record to the settlement terms. The Court finds the terms as stated on the record and agreed to by all parties are clear and that the Plaintiffs' proposed language is a material change to the terms set forth on the record, and the Court will deny Plaintiffs' request to amend the settlement terms. To clarify the record, the Court shall also file the May 14, 2021 letter, and the May 17, 2021 letter, on the public docket of this case. The Court shall also provide the parties an additional five (5) days to file dispositional documents.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' request by letter dated May 14, 2021, to alter the terms of the settlement terms agreed to by the parties as stated on the record on April 9, 2021, is DENIED;

2. The May 14, 2021 letter from Plaintiffs and the May 17, 2021 letter from Defendants, that the Court is in receipt of via electronic mail, shall be filed on the public docket; and

3. The parties shall file dispositional documents within five (5) days of entry of this order.

IT IS SO ORDERED.

Dated:  **May 17, 2021**

UNITED STATES MAGISTRATE JUDGE